JOHN E. CLARK, Respondent, v. HOLT DAVIS, Appellant.

Kansas City Court of Appeals, January 8 and 29, 1894.

Appellate Practice: NO MOTIONS OR EXCEPTIONS. Where the bill of exceptions does not preserve the required motions nor exceptions to the court's ruling, there is nothing to review except the record proper, and the judgment will be affirmed, unless error is apparent on the face of the record.

*Appeal from the Johnson Circuit Court.*—HON. CHAS. W. SLOAN, Judge.

AFFIRMED.

*J. M. Crutchfield* for appellant.

*Chas. E. Morrow* for respondent.

In the absence of a bill of exceptions there is no record in this case except the record proper, the statement, the summons and the judgment. The transcript of the justice is never a part of the record unless made so by the bill of exceptions. *Bateson v. Clark,* 37 Mo. 31, *loc. cit.* 34; *State to use v. Matson et al.,* 38 Mo. 489, *loc. cit.* 491; *Mortland v. Halton et al.,* 44 Mo. 58, *loc. cit.* 64; *Collins v. Saunders,* 46 Mo. 389; *State ex rel. v. Griffith,* 63 Mo. 545, *loc. cit.* 548; *State v. Pints,* 64 Mo. 317; *State ex rel. v. Gaither,* 77 Mo. 305; *Railroad v. Carlisle,* 94 Mo. 166; *Bevin v. Powell,* 11 Mo. App. 216; *Holt v. Simmons,* 14 Mo. App. 450. As there appears no error in the record proper in this case, the judgment of the circuit court should be affirmed.

SMITH, P. J.—This action was brought before a justice of the peace founded on an instrument of writing purporting to have been executed by the defendant, which upon its face shows that the demand of the plaintiff was not thereby liquidated. The plaintiff had judgment in the circuit court from which defendant has appealed.

There does not appear to have been preserved by the bill of exceptions the several motions which the defendant claims to have filed in the circuit court, nor any exception to the rulings of the court in any particular; there is nothing brought before us for review by the appeal, unless there exists some error, apparent upon the face of the record proper, which we are convinced, by an examination of it, is not the case.

It results that the judgment must be affirmed. All concur.